# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: EDWARD L. ROACH | § | Case No. 13-81242 |
| CHARLENE M. ROACH | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/10/2013.

2) The plan was confirmed on 06/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/11/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/05/2014, 07/11/2014.

5) The case was dismissed on 07/11/2014.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,997.50 | |
| Less amount refunded to debtor | $ 190.53 | |
| **NET RECEIPTS** | | $ 2,806.97 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,218.41 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 169.47 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,387.88 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,218.41 | 0.00 |
| CROWN CAPITAL ASSOCIATES | Sec | 200.00 | 200.00 | 200.00 | 178.20 | 0.00 |
| CROWN CAPITAL ASSOCIATES | Uns | 10,680.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 9,625.00 | 11,200.00 | 9,625.00 | 672.70 | 568.19 |
| SANTANDER CONSUMER USA INC | Uns | 10,375.00 | 10,400.40 | 11,975.40 | 0.00 | 0.00 |
| ALLIANCE RADIOLOGY | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Uns | 111.35 | 35.98 | 35.98 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO% | Uns | 223.51 | 218.52 | 218.52 | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF LABOR | Uns | 5,328.00 | 5,328.00 | 5,328.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 996.35 | 1,092.31 | 1,092.31 | 0.00 | 0.00 |
| CASH JAR | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| CWLP | Uns | 222.06 | 142.19 | 142.19 | 0.00 | 0.00 |
| COMCAST | Uns | 438.92 | NA | NA | 0.00 | 0.00 |
| CONSERVICE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 133.39 | NA | NA | 0.00 | 0.00 |
| FITZGERALD FUNERAL HOME | Uns | 9,136.18 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 996.35 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT | Uns | 766.44 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRO COM SERVICES | Uns | 1,900.00 | 1,825.69 | 1,825.69 | 0.00 | 0.00 |
| OSF COMMON BUSINESS OFFICE | Uns | 4,878.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 74,267.75 | NA | NA | 0.00 | 0.00 |
| PREFERRED CREDIT | Uns | 2,136.60 | 1,870.50 | 1,870.50 | 0.00 | 0.00 |
| PRO COM SERVICES | Uns | 1,825.69 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 887.00 | NA | NA | 0.00 | 0.00 |
| SHAWNEE MISSION MEDICAL | Uns | 46.57 | 1,832.92 | 1,832.92 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Uns | 266.62 | NA | NA | 0.00 | 0.00 |
| W STUART DEXTER DDS | Uns | 422.39 | NA | NA | 0.00 | 0.00 |
| WATER ONE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| WESTAR ENERGY | Uns | 813.04 | NA | NA | 0.00 | 0.00 |
| WOODLAND TOWNHOMES | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF LABOR | Uns | 0.00 | 1,457.70 | 1,457.70 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 297.53 | 297.53 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 653.03 | 653.03 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 0.00 | 563.81 | 563.81 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 1,056.42 | 1,056.42 | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Uns | 0.00 | 225.95 | 225.95 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 0.00 | 671.83 | 671.83 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 0.00 | 702.77 | 702.77 | 0.00 | 0.00 |
| ACE CASH EXPRESS | Uns | 925.86 | NA | NA | 0.00 | 0.00 |
| CHECK SERVICES | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 595.03 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 9,825.00 | $ 850.90 | $ 568.19 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,825.00 | $ 850.90 | $ 568.19 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,950.55 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,387.88 |
| Disbursements to Creditors | $ 1,419.09 |
| **TOTAL DISBURSEMENTS:** | $ 2,806.97 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  09/23/2014         By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**     This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.